UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　　　v.<br><br><br>Walter Jose Ramon MONTOYA-Ibarra,<br><br><br><br>　　　　　　　Defendants. | Magistrate Docket No. '21 MJ2314<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1324(a)(1)(A)(i) Attempted Bringing In Illegal Aliens At Other Than Port Of Entry |

The undersigned complainant being, duly sworn, states:

On or about June 4, 2021, within the Southern District of California and elsewhere, defendant, Walter Jose Ramon MONTOYA-Ibarra, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Arturo DOMINGUEZ-Roiz, German HERNANDEZ-Rodriguez and Brendy Vidalia MORALES-Carrillo, had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Matthew R. Kucewicz
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JUNE 7, 2021

HON. DANIEL E. BUTCHER
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Walter Jose Ramon MONTOYA-Ibarra**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Arturo DOMINGUEZ-Roiz, German HERNANDEZ-Rodriguez, and Brendy Vidalia MORALES-Carrillo, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On June 3, 2021, at approximately 11:00 P.M., an Air and Marine Operations Multi-Role Enforcement Aircraft detected a panga-style vessel moving in a northbound direction, approximately 7.5 miles west of the San Diego, California coast. The Air and Marine Aircraft coordinated with a United States Coastguard Cutter, and an Air and Marine Coastal Interceptor Vessel (CIV), of the panga-style vessel's location and speed. At approximately 11:51 P.M., the panga-style vessel was detected on radar making an erratic turn in a southbound direction, attempting to evade law enforcement. The panga-style vessel passed in front of the CIV and then turned into an eastbound direction. At approximately 11:56 P.M., the CIV encountered the panga-style vessel, with navigation lights turned off. The CIV activated their lights and siren but the panga-style vessel refused to stop and proceeded to make several course changes attempting to elude the CIV. At approximately 11:59 P.M., an Air and Marine Interdiction Agent fired two warning shots over the bow and five disabling rounds into the engine, which caused the panga-style vessel's engine to stop. This area is approximately 10 miles north of the United States/ Mexico International Boundary, and approximately 22.5 miles west of the San Ysidro, California Port of Entry. On June 4, 2021, at approximately 12:00 A.M., Air and Marine Interdiction Agents boarded the panga-style vessel, and discovered one individual, later identified as the defendant, Walter Jose Ramon MONTOYA-Ibarra, as the individual operating the panga-style vessel. Air and Marine Interdiction Agents also discovered 19 other individuals crammed low in the panga-style vessel's bilge. All 20 individuals, including MONTOYA, were transported to land. At approximately 12:54 A.M., all 20 individuals, including MONTOYA, arrived at Ballast Point, Point Loma Naval Base.

On June 4, 2021, Border Patrol Agent S. Lebron was performing assigned duties in the Imperial Beach Border Patrol's area of responsibility. Agent Lebron was in plain clothes, with his badge displayed around his neck. At approximately 12:40 A.M., Agent Lebron responded to a request to conduct an immigration inspection at Ballast Point Naval Station. At approximately 12:55 A.M., Agent Lebron arrived at the location where the 20 individuals were being held. This area is approximately 10 miles north of the United States/ Mexico International Boundary,

**CONTINUATION OF COMPLAINT:**
Walter Jose Ramon MONTOYA-Ibarra

and 12 miles west of the San Ysidro, California Port of Entry. Agent Lebron identified himself as a United States Border Patrol Agent and conducted an immigration inspection. 15 individuals, including the defendant, MONTOYA, and material witnesses, later identified as Arturo DOMINGUEZ-Roiz, and German HERNANDEZ-Rodriguez, stated that they are citizens of Mexico. 4 individuals, one later identified as material witness, Brendy Vidalia MORALES-Carrillo, stated that they are citizens of Guatemala. One individual stated that they are a citizen of Honduras. All 20 individuals stated that they did not have any documents that would allow them to enter or remain in the United States legally. At approximately 1:00 A.M., Agent Lebron placed all 20 individuals, including the defendant, MONTOYA, and material witnesses, DOMINGUEZ, HERNANDEZ, and MORALES, under arrest.

Material witnesses, DOMINGUEZ and HERNANDEZ, both admitted to being citizens Mexico. Material Witness, MORALES, admitted to being a citizen of Guatemala. DOMINGUEZ, HERNANDEZ and MORALES admitted to being illegally present in the United States and not having any immigration documents allowing them to enter or remain in the United States legally. DOMINGUEZ and HERNANDEZ further admitted to making smuggling arrangements and agreed to pay between $9,000 and $12,000 USD. MORALES admitted that her husband made the smuggling arrangements for her, but she does not know how much she was going to pay. DOMINGUEZ and HERNANDEZ stated that an unknown smuggler instructed them to board a panga-style vessel. HERNANDEZ stated that he identified the defendant, MONTOYA, as an individual aboard the panga-style vessel that HERNANDEZ boarded, as an individual that introduced himself as the boat captain. DOMINGUEZ stated that when the panga-style vessel was spotted by coastal law enforcement authorities, the boat captain attempted to evade capture by accelarating the panga-style vessel. DOMINGUEZ stated that he heard four shots before the panga-style vessel came to a stop. DOMINGUEZ and HERNANDEZ identified the defendant, MONTOYA, as the boat captain of the panga-style vessel.

**Executed on June 5, 2021 at 10:00 A.M.**

Jon D. Bowen
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of two pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on June 4, 2021, in violation of 8 USC 1324(a)(1)(A)(i).

HON. DANIEL E. BUTCHER
United States Magistrate Judge

June 5, 2021  1:47 p.m.
Date/Time